JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AIXA P.,**[1] | )   **NO. CV 18-4483-KS** |
|        **Plaintiff,** | ) |
|    **v.** | )   **JUDGMENT** |
| | ) |
| **ANDREW M. SAUL, Commissioner of** | ) |
| **Social Security,** | ) |
|        **Defendant.** | ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: September 10, 2019

_Karen L. Stevenson_
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

---

[1]     Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.